**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

Anthony Mitchell,

Plaintiffs,

v.

Emory Andrew Tate, et al.,

Defendants.

Case No. 2:26-cv-00720-JAD-BNW

**ORDER**

Before this Court is Plaintiff's second motion seeking to conduct limited discovery in order to identify and serve Doe Defendant 1. ECF No. 21.

## I.   ANALYSIS

Federal Rule of Civil Procedure 26(d) bars parties from seeking "discovery from any source before the parties have conferred as required by Rule 26(f), except . . . when authorized by these rules, by stipulation, or by court order." Fed. R. Civ. P. 26(d)(1). In determining whether to permit expedited discovery, courts in this jurisdiction require that the moving party demonstrate that "good cause" exists to deviate from the standard pretrial schedule. *See Amazon.com, Inc. v. Yong*, No. 21-170RSM, 2021 WL 1237863, at \*1 (W.D. Wash. Apr. 2, 2021). Where discovery is necessary to identify unknown defendants, plaintiffs should be afforded an opportunity to conduct limited discovery for that purpose. *Gillespie v. Civiletti*, 629 F.2d 637, 642 (9th Cir. 1980).

Plaintiff's second motion identifies good cause for expedited discovery and for the issuance of these two subpoenas to identify Doe Defendant 1, who presumably operates fundraiser.com. Specifically, Plaintiff explains that there is no publicly available information regarding Doe Defendant 1 and that the information he seeks is maintained exclusively by GoDaddy.com and Domains by Proxy, LLC. The Court finds the discovery Plaintiff seeks is narrowly tailored to obtain information related only to the purpose of identifying those responsible for operating fundarsier.com. Accordingly, this Court grants Plaintiff's motion.

/ /

## II.    CONCLUSION

**IT IS THEREFORE ORDERED** that Plaintiff's motion to conduct limited discovery (ECF No. 21) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff may serve the Rule 45 subpoenas for the purpose of obtaining information that may identify Doe Defendant 1. Plaintiff shall provide a copy of this Order with each subpoena issued thereto.

DATED: May 5, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE