AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| **ANTHONY MITCHELL,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.    2:26-cv-00720-JAD-BNW |
| **EMORY ANDREW TATE III, et al.,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRISTAN TATE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ANTHONY MITCHELL
618 Painted Opus Place
North Las Vegas, Nevada 89084
Tel: (702) 884-0472
Email: RealAnthonyMitchell@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/21/2026, Las Vegas, NV

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| **ANTHONY MITCHELL,** | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.    2:26-cv-00720-JAD-BNW |
| v. | ) | |
| **EMORY ANDREW TATE III, et al.,** | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ANDREW JOSLIN

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    ANTHONY MITCHELL
618 Painted Opus Place
North Las Vegas, Nevada 89084
Tel: (702) 884-0472
Email: RealAnthonyMitchell@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  05/21/2026, Las Vegas, NV

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| **ANTHONY MITCHELL,** | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.    2:26-cv-00720-JAD-BNW |
| v. | ) | |
| **EMORY ANDREW TATE III, et al.,** | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DEFIED TRUST DIGITAL TRADING - FZCO LLC
A United Arab Emirates Free Zone Company (FZCO)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    ANTHONY MITCHELL
618 Painted Opus Place
North Las Vegas, Nevada 89084
Tel: (702) 884-0472
Email: RealAnthonyMitchell@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/21/2026, Las Vegas, NV

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| **ANTHONY MITCHELL,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.    2:26-cv-00720-JAD-BNW |
| **EMORY ANDREW TATE III, et al.,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THRIFT TECHNOLOGIES LLC
A Delaware Limited Liability Company
(Delaware Secretary of State File No. 7205529)
c/o Cogency Global Inc., Registered Agent
850 New Burton Road, Suite 201
Dover, DE 19904


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  ANTHONY MITCHELL
618 Painted Opus Place
North Las Vegas, Nevada 89084
Tel: (702) 884-0472
Email: RealAnthonyMitchell@gmail.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date:  05/21/2026, Las Vegas, NV

_____
*Signature of Clerk or Deputy Clerk*