**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Anthony Mitchell,

      Plaintiff

v.

Emory Andrew Tate, et al.,

      Defendants

Case No.: 2:26-cv-00720-JAD-BNW

**Order Granting Motion to Unseal**

[ECF No. 51]

On May 19, 2026, plaintiff Anthony Mitchell moved ex parte for a temporary restraining order prohibiting the transfer of seven domain registrations associated with an alleged scheme related to the defendants' "AI hackathon" competition.[1]  I denied that motion on May 28, 2026.[2] Because Mitchell filed his motion on an ex parte basis, the order was filed on the docket in a restricted form.  Mitchell now moves to unseal the order, contending that he cannot view the document and there is no reason to seal it from the public.[3]  Because I find no compelling reasons to keep the order sealed and Mitchell concedes that it should not be restricted from public access, I grant his motion.

**Conclusion**

IT IS THEREFORE ORDERED that Mitchell's motion to unseal **[ECF No. 51] is GRANTED**.  The Clerk of Court is directed to UNSEAL ECF No. 49.

_____
U.S. District Judge Jennifer A. Dorsey
June 2, 2026

---

[1] ECF No. 38.

[2] ECF No. 49.

[3] ECF No. 51.