**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Anthony Mitchell*,* | Case No. 2:26-cv-00720-RFB-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Emory Andrew Tate, et al., | |
| Defendants. | |

Before the Court is Plaintiff's motion seeking to conduct limited discovery in order to identify and serve specific Defendants. ECF No. 36.

**I.    DISCUSSION**

Federal Rule of Civil Procedure 26(d) bars parties from seeking "discovery from any source before the parties have conferred as required by Rule 26(f), except . . . when authorized by these rules, by stipulation, or by court order." Fed. R. Civ. P. 26(d)(1). In determining whether to permit expedited discovery, courts in this jurisdiction require that the moving party demonstrate that "good cause" exists to deviate from the standard pretrial schedule. *See Amazon.com, Inc. v. Yong*, 2021 WL 1237863, at \*1 (W.D. Wash. Apr. 2, 2021). Where discovery is necessary to identify unknown defendants, plaintiffs should be afforded an opportunity to conduct limited discovery for that purpose. *Gillespie v. Civiletti*, 629 F.2d 637, 642 (9th Cir. 1980).

Plaintiff's motion identifies good cause for expedited discovery and for the issuance of these subpoenas to identify the new defendants named in the First Amended Complaint. Accordingly, the Court grants Plaintiff's motion.

**II.    CONCLUSION**

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 36) is **GRANTED**.

/ /

/ /

/ /

**IT IS FURTHER ORDERED** that Plaintiff may serve the Rule 45 subpoenas for the purpose of obtaining information that may identify the newly named defendants as referenced in ECF No. 36-1. Plaintiff shall provide a copy of this Order with each subpoena issued thereto.

DATED: June 8, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE