AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **2:26-cv-00720-JAD-BNW**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Andrew Joslin**
was received by me on  **5/27/2026:**

☒  I personally served the **SUMMONS; FIRST AMENDED COMPLAINT; EXHIBITS** on the individual at **7220 SW 84th Ave, Portland, OR 97223** on **06/12/2026 at 11:05 AM**; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐   I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 147.35** for services, for a total of **$ 147.35**.

I declare under penalty of perjury that this information is true.

Date:  06/12/2026

_____
*Server's signature*

**Wendy Spencer**
*Printed name and title*

**14748 SW Scholls Ferry Rd**
**913**
**Beaverton, OR 97007**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; FIRST AMENDED COMPLAINT; EXHIBITS,  to Andrew Joslin with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact 35-45 years of age, 6'0"-6'2" tall and weighing 160-180 lbs.**





Tracking #: **0227635770**