Anthony Mitchell
Pro Se Plaintiff
618 Painted Opus Place
North Las Vegas, Nevada 89084
Telephone: (702) 884-0472
Email: RealAnthonyMitchell@gmail.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **ANTHONY MITCHELL**, <br><br> Plaintiff, <br><br> v. <br><br> **EMORY ANDREW TATE III, et al.**, <br><br> Defendants. | Case No. 2:26-cv-00720-JAD-BNW <br><br> **PLAINTIFF'S PROOF OF SERVICE OF SUBPOENAS** <br><br> **(Re Subpoenas Issued at ECF Nos. 64 & 65 Pursuant to Order, ECF No. 62)** <br><br> *Fed. R. Civ. P. 45(b)(4)* |

### PLAINTIFF'S PROOF OF SERVICE OF SUBPOENAS

Pursuant to Fed. R. Civ. P. 45(b)(4), Plaintiff Anthony Mitchell submits this Proof of Service of the eleven Rule 45 subpoenas duces tecum issued by the Clerk of Court at ECF Nos. 64 (June 9, 2026) and 65 (June 10, 2026), under and accompanied by the Court's Order of June 8, 2026 (ECF No. 62), which authorized service of these subpoenas to obtain information identifying newly named Defendants.[1] The recipients, the records sought, and the date and manner of service are set out below and established by the attached exhibits.

[1] The Clerk issued these subpoenas in two stages — at ECF No. 64 (June 9, 2026) and ECF No. 65 (June 10, 2026). The eleven subpoenas served and proven here comprise the subpoena to GoDaddy.com, LLC for the cobratate.com domain (issued at ECF No. 64) together with the ten subpoenas issued at ECF No. 65. A copy of the Court's Order (ECF No. 62) accompanied each subpoena, as that Order directed.

| # | Recipient | Records Sought | Served | Manner |
|---|---|---|---|---|
| 1 | GoDaddy.com, LLC | cobratate.com — registrant identity (ECF No. 64) | 6/10/2026 | Facsimile |

| # | Recipient | Records Sought | Served | Manner |
|---|-----------|----------------|--------|--------|
| 2 | Domains By Proxy, LLC | cobratate.com — account-holder identity | 6/10/2026 | Facsimile |
| 3 | GoDaddy.com, LLC | neweralearning.net — registrant identity | 6/10/2026 | Facsimile |
| 4 | Domains By Proxy, LLC | neweralearning.net — account-holder identity | 6/10/2026 | Facsimile |
| 5 | GoDaddy.com, LLC | university.com — registrant identity | 6/10/2026 | Facsimile |
| 6 | Domains By Proxy, LLC | university.com — account-holder identity | 6/10/2026 | Facsimile |
| 7 | GoDaddy.com, LLC | thewarroom.ag — registrant identity | 6/10/2026 | Facsimile |
| 8 | Domains By Proxy, LLC | thewarroom.ag — account-holder identity | 6/10/2026 | Facsimile |
| 9 | Cloudflare, Inc. | jointherealworld.com — registrant identity | 6/10/2026 | Email (by agreement) |
| 10 | Cloudflare, Inc. | topg.com — registrant identity | 6/10/2026 | Email (by agreement) |
| 11 | X Corp. | @issathecooker — account-holder identity | 6/15/2026 | Personal service |

**A. GoDaddy.com, LLC and Domains By Proxy, LLC — Served by Facsimile (June 10, 2026).**

On June 10, 2026, Plaintiff served the eight subpoenas directed to GoDaddy.com, LLC and Domains By Proxy, LLC (four to each) by facsimile to (480) 624-2546 — the designated subpoena-compliance facsimile number that both entities publish in their subpoena policies, and which both policies expressly authorize as a channel for serving subpoenas. (Domains By Proxy, LLC is a GoDaddy affiliate, and the two share that compliance facsimile number.) The published policies are attached as **Exhibit 4** (GoDaddy.com, LLC) and **Exhibit 5** (Domains By Proxy, LLC). The FaxItOnce delivery confirmation — which identifies the transmitted files (the subpoenas and the Court's Order, ECF No. 62) and confirms successful delivery to facsimile number (480) 624-2546 — is attached as **Exhibit 2**.

**B. Cloudflare, Inc. — Served by Electronic Mail by Agreement (June 10–11, 2026).**

On June 10, 2026, Plaintiff transmitted the two subpoenas directed to Cloudflare, Inc. — seeking registrant-identity records for jointherealworld.com and topg.com — together with a copy of the Court's Order (ECF No. 62), by electronic mail to Cloudflare's legal department at legal@cloudflare.com. Because Cloudflare's published process does not designate facsimile or email as a channel for subpoena service, Plaintiff expressly asked whether Cloudflare would

accept the court-issued subpoenas by email. Cloudflare confirmed receipt and, on June 11, 2026, responded that it had "added this request to [its] queue for review." The email transmission and Cloudflare's acknowledgments are attached as **Exhibit 3**.

### C.  X Corp. — Personally Served (June 15, 2026).

On June 15, 2026, X Corp. was personally served with the subpoena directed to it — seeking records identifying the holder of the @issathecooker account — by registered process server Michelle Harris, who delivered the subpoena, the Court's Order (ECF No. 62), and a transmittal cover sheet to Kris Kennison, Clerk at United Agent Group Inc., X Corp.'s authorized registered agent for service of process, at 112 N. Curry Street, Carson City, Nevada. The Affidavit of Service is attached as **Exhibit 1**.

### D.  Manner of Service.

Although Fed. R. Civ. P. 45(b)(1) contemplates delivery of a subpoena, the subpoenas to GoDaddy.com, LLC and Domains By Proxy, LLC were served through the very facsimile channel those entities designate for subpoena compliance (Exhibits 4–5), and the subpoenas to Cloudflare, Inc. were served by email with Cloudflare's agreement to accept them for review (Exhibit 3). The subpoena to X Corp. was personally served (Exhibit 1). Each recipient thus received actual notice of the subpoena and the accompanying Court Order through a method it accepts or by personal service.

I personally effected the facsimile and electronic-mail service described in Parts A and B above, and the facts stated as to that service are true and correct of my own personal knowledge. The personal service on X Corp. described in Part C was effected by registered process server Michelle Harris, as set forth in her sworn Affidavit of Service (Exhibit 1). I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 19, 2026

Respectfully submitted,

/s/ Anthony Mitchell
Anthony Mitchell
Pro Se Plaintiff
618 Painted Opus Place
North Las Vegas, Nevada 89084
Telephone: (702) 884-0472
Email: RealAnthonyMitchell@gmail.com

---

### INDEX OF EXHIBITS

**Exhibit 1** — Affidavit of Service — X Corp. (Personal Service, June 15, 2026)

**Exhibit 2** — FaxItOnce Delivery Confirmation — GoDaddy.com, LLC and Domains By Proxy, LLC (June 10, 2026)

**Exhibit 3** — Email Service on Cloudflare, Inc. and Cloudflare's Acknowledgments (June 10–11, 2026)

**Exhibit 4** — GoDaddy.com, LLC Subpoena Policy

**Exhibit 5** — Domains By Proxy, LLC Subpoena Policy

---

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 19, 2026, I electronically filed the foregoing PLAINTIFF'S PROOF OF SERVICE OF SUBPOENAS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered with the Court's electronic filing system.

/s/ Anthony Mitchell
Anthony Mitchell
Pro Se Plaintiff

*Mitchell v. Tate et al., No. 2:26-cv-00720-JAD-BNW*

# EXHIBIT 1

Affidavit of Service — X Corp. (Personal Service, June 15, 2026)

# UNITED STATES DISTRICT COURT

for the
District of Nevada

| | |
|---|---|
| **ANTHONY MITCHELL** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 2:26-cv-00720-JAD-BNW |
| | ) |
| **EMORY ANDREW TATE III, et al.** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Michelle Harris, state:

The undersigned being duly sworn, deposes and says: Michelle Harris is not a party to the action, is over 18 years of age and resides at 5353 Teton St, Reno, NV 89506-1534.

I served the following documents to X Corp. in Carson City County, NV on June 15, 2026 at 9:41 am at 112 N Curry St, Carson City, NV 89703-4934 by leaving the following documents with Kris Kennison who as CLERK at United Agent Group Inc. is authorized by appointment or by law to receive service of process for X Corp..

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION
ORDER
COVER SHEET — TRANSMITTAL OF SUBPOENA FOR SERVICE
Race: White, Sex: Female, Est. Age: 45-54, Hair: Blonde, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=39.1644134521,-119.7679290771
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

__Washoe County__                          ,

__NV__      on   __6/19/2026__          .

/s/ *Michelle Harris*

Signature
Michelle Harris
R-2019-09792
+1 (775) 895-3631



Exhibit 1a)

*Mitchell v. Tate et al., No. 2:26-cv-00720-JAD-BNW*

# EXHIBIT 2

FaxItOnce Delivery Confirmation — GoDaddy.com, LLC and
Domains By Proxy, LLC (June 10, 2026)

 Gmail

Anthony Mitchell <realanthonymitchell@gmail.com>

## Fax delivered to +14806242546 (FaxItOnce)

1 message

**support@faxitonce.com** <support@faxitonce.com>                              Wed, Jun 10, 2026 at 2:52 PM
To: realanthonymitchell@gmail.com

DELIVERED

# Your fax landed safely.

The carrier confirmed delivery to **+14806242546**. Here are the details for
your records.

| | |
|---|---|
| File | Subpoenas Issued ECF65 - 1.pdf\|Subpoenas Issued ECF65 - 2.pdf\|Subpoenas Issued ECF65 - 3.pdf\|Subpoenas Issued ECF65 - 4.pdf\|Subpoenas Issued ECF65 - 5.pdf\|Subpoenas Issued ECF65 - 6.pdf\|Subpoenas Issued ECF65 - 7.pdf\|Subpoenas Issued ECF65 - 8.pdf\|ECF62 ORDER (1).pdf |
| Fax number | +14806242546 |
| Pages | 10 |
| Submitted | Jun 10, 2026 9:44 PM UTC |
| Delivered | Jun 10, 2026 9:52 PM UTC |

**Send another fax**

Questions? Reply to this email and we will get back to you. FaxItOnce is a pay-per-use
online fax service. $2.75 per fax, no subscription.

*Mitchell v. Tate et al., No. 2:26-cv-00720-JAD-BNW*

# EXHIBIT 3

Email Service on Cloudflare, Inc. and Cloudflare's
Acknowledgments (June 10–11, 2026)



**Anthony Mitchell <realanthonymitchell@gmail.com>**

# Report updated: (#22820205) Litigation Hold Notice — Mitchell v. Tate et al., Case No. 2:26-cv-00720-RFB-BNW (D. Nev.) — Defendant Domain Registrar & CDN Services

2 messages

---

**Cloudflare** <legal@cloudflare.com>                                        Fri, May 22, 2026 at 12:44 PM
Reply-To: Cloudflare <legal@cloudflare.com>
To: Anthony Mitchell <realanthonymitchell@gmail.com>

##- Please type your reply above this line -##

Hello realanthonymitchell@gmail.com,

Your report (#22820205) has been replied to. Note -- When responding please make sure to keep #22820205 in the subject line.

---

**Cloudflare Trust & Safety** (Cloudflare)

May 22, 2026, 12:44PM PDT

To Whom It May Concern:

We have received your request for data preservation. In accordance with our Privacy Policy and Terms of Service, Cloudflare complies with valid U.S. legal process, such as properly issued subpoenas or court orders. However, based upon the contents of your notice, we have not identified any legal obligation to preserve or hold data at this time. Accordingly, we are not taking any further steps in response to your notice.

For background, Cloudflare is an Internet infrastructure company offering security and performance services through a network that sits between website hosting providers and Internet users. From this position, Cloudflare offers network service solutions, including a reverse proxy, pass-through security service, and a content distribution network (CDN).

In other words, Cloudflare provides security and performance enhancements for websites around the world by positioning its infrastructure in front of those websites and as a result Cloudflare's nameservers may appear in the WHOIS and Cloudflare's IP addresses may appear in the DNS records for websites using our services. Cloudflare is generally not a hosting provider, does not organize or alter content, and does not have the ability to remove content hosted by others.

Regards,
Cloudflare Trust & Safety

---

This email is a service from Cloudflare. Delivered by Zendesk

6/19/26, 3:07 PM      Gmail - Report updated 6/21/2025) Litigation Hold Notice — Mitchell v. Taded Co., Case No. 2:26-cv-00720-JAD-BNW (D. Nev.) — Defenda…

Case 2:26-cv-00720-JAD-BNW    Document 79    Filed 06/19/26    Page 13 of 22

**Anthony Mitchell** <realanthonymitchell@gmail.com>      Wed, Jun 10, 2026 at 3:00 PM
To: Cloudflare <legal@cloudflare.com>

Will you accept these court issued subpoenas by email ?

[Quoted text hidden]

---

**3 attachments**

 **Subpoenas Issued ECF65 - 9.pdf**
661K

 **Subpoenas Issued ECF65 - 10.pdf**
659K

 **ECF62 ORDER (1).pdf**
160K

6/19/26, 3:09 PM
Gmail - Report updated: (#22967653) Re: Report updated: (#22820205) Litigation Hold Notice — Mitchell v. Tate et al., Case No. 2:26-cv-00720…

Case 2:26-cv-00720-JAD-BNW    Document 79    Filed 06/19/26    Page 14 of 22

 Gmail

**Anthony Mitchell <realanthonymitchell@gmail.com>**

## Report updated: (#22967653) Re: Report updated: (#22820205) Litigation Hold Notice — Mitchell v. Tate et al., Case No. 2:26-cv-00720-RFB-BNW (D. Nev.) — Defendant Domain Regis...

1 message

**Cloudflare** <legal@cloudflare.com>                         Thu, Jun 11, 2026 at 1:21 PM
Reply-To: Cloudflare <legal@cloudflare.com>
To: Anthony Mitchell <realanthonymitchell@gmail.com>

##- Please type your reply above this line -##

Hello realanthonymitchell@gmail.com,

Your report (#22967653) has been replied to. Note -- When responding please make sure to keep #22967653 in the subject line.

---

**Cloudflare Trust & Safety** (Cloudflare)

Jun 11, 2026, 1:21PM PDT

Hello Anthony Mitchell,

We have received your request. It is Cloudflare's policy to notify users of requests for their information prior to disclosure unless we are prohibited from doing so by statute or court order.

To briefly explain our services, Cloudflare offers a variety of network service solutions to include a reverse proxy, pass-through security service and a content distribution network (CDN). Because Cloudflare is a reverse proxy, our IP addresses appear in WHOIS and DNS records for websites using our services. For the vast majority of our customers, Cloudflare is not a hosting provider and does not have access to our customers' content.

We have added this request to our queue for review.

Regards,
Cloudflare Trust & Safety

---

This email is a service from Cloudflare. Delivered by **Zendesk**

*Mitchell v. Tate et al., No. 2:26-cv-00720-JAD-BNW*

# EXHIBIT 4

GoDaddy.com, LLC Subpoena Policy

Domains ⌄   Websites ⌄   Email Hosting ⌄   Marketing ⌄   Commerce ⌄   Security ⌄   Airo™ AI Builder   Pricing                                   0

GoDaddy - SUBPOENA POLICY/ATTORNEY TIPS

Last Revised: 4/1/2024

GoDaddy's Privacy Policy prohibits the release of customer or account information without express permission from the customer, except when required by law, to conform to the edicts of the law, or to comply with legal process properly served on GoDaddy or one of its affiliates.

If you seek the identity or account information of a GoDaddy customer in connection with a civil or criminal legal matter, you must fax, mail, or serve GoDaddy.com, LLC with a valid subpoena. For criminal matters, you must be a member of the law enforcement community.

**Submission of Subpoenas**

GoDaddy is headquartered in Tempe, Arizona and all subpoenas should be served at that location or mailed to:

> Compliance Department
> GoDaddy.com, LLC
> 100 S. Mill Ave
> Suite 1600
> Tempe, AZ 85281 USA

Alternatively, the subpoena can be faxed to:

> (480) 624-2546
> Attn: Compliance Department

**Policies Regarding E-mail**

GoDaddy will not produce the content of e-mail, as the Electronic Communications Privacy Act, 18 U.S.C. §2701 et seq., prohibits an electronic communications service provider from producing the contents of electronic communications, even pursuant to subpoena or court order, except in limited circumstances. GoDaddy's e-mail servers do not retain deleted or sent e-mail.

GoDaddy reserves the right to request a copy of the complaint and any supporting documentation that demonstrates how the GoDaddy e-mail address is related to the pending litigation and the underlying subpoena.

**Terms Specific to Civil Subpoenas:**

**Notice to Customer and Response Time**

Upon the receipt of a valid civil subpoena, GoDaddy will promptly notify the customer whose information is sought via e-mail or U.S. mail. If the circumstances do not amount to an emergency, GoDaddy will not immediately produce the customer information sought by the subpoena and will provide the customer an opportunity to move to quash the subpoena in court. GoDaddy reserves the right to charge an administration fee to the customer by charging the Payment Method the customer has on file with GoDaddy.

**Fees for Subpoena Compliance**

GoDaddy will charge the person or entity submitting the civil subpoena for costs associated with subpoena compliance. Payment must be made within thirty (30) days from the date of receipt of the GoDaddy invoice. Checks should be made out to GoDaddy.com, LLC

GoDaddy's subpoena compliance costs are as follows:

- Research - $75.00/hour

- Federal Express - Cost as Billed

- Copies - $0.25/page

**Treatment of Confidential Information**

 Contact Us

5/7/26, 3:52 PM
Subpoena Policy / Attorney Help · GoDaddy

Case 2:26-cv-00720-JAD-BNW    Document 79    Filed 06/19/26    Page 17 of 22

Documents and information produced by GoDaddy in response to a subpoena may contain confidential, proprietary, trade secret, and/or private information that warrants special protection from public disclosure. Any such documents will be designated "CONFIDENTIAL" by a stamp affixed to the documents at issue, and must be given confidential treatment by all persons and entities that access them. Confidential treatment includes the following:

**First, access to CONFIDENTIAL documents must be limited to the parties in the underlying action pursuant to which the subpoena was served, their agents, and the court and its personnel.** Documents designated as CONFIDENTIAL may be used during the deposition of a witness in the underlying action to whom disclosure is reasonably necessary, provided that any deposition testimony related to CONFIDENTIAL documents or portions thereof is designated "CONFIDENTIAL" and afforded treatment in the manner required by this provision.

**Second, CONFIDENTIAL documents must not be filed in the public record absent a reasonable attempt to ensure the filing of such documents, and any references thereto, under seal.** A party that seeks to file any motion, brief, or other document that attaches or refers to any CONFIDENTIAL document or portion thereof must take the steps necessary to request a court order sealing the CONFIDENTIAL information at issue. If the court denies a motion to seal made pursuant to this Subpoena Policy, the party may file the document(s) at issue normally, unless otherwise instructed by the court.

**Third, CONFIDENTIAL documents produced in response to a subpoena may not be used for any purpose other than prosecuting or defending the action in which the subpoena is served, and must be destroyed within sixty (60) days after the final disposition of the underlying action.** The person or entity that submits the subpoena is responsible for ensuring that each person or entity to whom any CONFIDENTIAL documents were made available complies with this requirement.

# 24/7 help and support • ECOMMERCE EXTRAORDINAIRE • GoDaddy is a Great Business Partner • WE SPEA

Legal      Agreements      Subpoena Policy

**About GoDaddy**

About Us

Careers

Corporate Responsibility

Investor Relations

Legal

Newsroom

Trust Center

**Help Center**

Help Center

Small Business Research Lab

GoDaddy Blog

Contact Us

Report Abuse

Domain Registration Data Disclosure Policy

**Resources**

Webmail

WHOIS

GoDaddy Mobile App

💬 Contact Us

https://www.godaddy.com/legal/agreements/subpoena-policy                                                    2/4

ICANN Confirmation

Designers & Developers

Corporate Domains

Redeem Code

Product Catalog

Videos

Business Name Generator

Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro

Commerce Partners

Account

Sign In to GoDaddy

Renewals & Billing

Create Account

Shopping

Buy a Domain

AI Website Builder

Business Email

WordPress

Hosting

Web Security

Logo Generator

POS System

Online Payments

Phone Numbers

United States - English                                                                                                                    USD $

•        •        •        •        •

Legal          Privacy Policy          Cookies

Do not sell my personal information

Copyright © 1999 - 2026 GoDaddy Operating Company, LLC. All Rights Reserved. The GoDaddy word mark is a registered trademark of GoDaddy Operating Company, LLC in the US and other countries. The "GO" logo is a registered trademark of GoDaddy.com, LLC in the US.



Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these **Universal Terms of Service**.

💬 Contact Us

*Mitchell v. Tate et al., No. 2:26-cv-00720-JAD-BNW*

# EXHIBIT 5

Domains By Proxy, LLC Subpoena Policy

# Domains By Proxy - SUBPOENA POLICY/ATTORNEY TIPS

**Last Revised: 3/6/2024**

Domains By Proxy's Privacy Policy prohibits the release of customer or account information without express permission from the customer, except when required by law, to conform to the edicts of the law, or to comply with legal process properly served on Domains By Proxy or one of its affiliates.

If you seek the identity or account information of a Domains By Proxy customer in connection with a civil or criminal legal matter, you must fax, mail, or serve Domains By Proxy with a valid subpoena. For criminal matters, you must be a member of the law enforcement community.

**Submission of Subpoenas**

Domains By Proxy is headquartered in Tempe, Arizona and all subpoenas should be served at that location or mailed to:

> Compliance Department
> Domains By Proxy
> 2150 E. Warner Rd.
> Tempe, AZ 85284 USA

Alternatively, the subpoena can be faxed to:

> (480) 624-2546
> Attn: Compliance Department

**Policies Regarding E-mail**

Domains By Proxy will not produce the content of e-mail, as the Electronic Communications Privacy Act, 18 U.S.C. §2701 et seq., prohibits an electronic communications service provider from producing the contents of electronic communications, even pursuant to subpoena or court order, except in limited circumstances. Domains By Proxy's e-mail servers do not retain deleted or sent e-mail.

Domains By Proxy reserves the right to request a copy of the complaint and any supporting documentation that demonstrates how the Domains By Proxy e-mail address is related to the pending litigation and the underlying subpoena.

**Terms Specific to Civil Subpoenas:**

**Notice to Customer and Response Time**

Upon the receipt of a valid civil subpoena, Domains By Proxy will promptly notify the customer whose information is sought via e-mail or U.S. mail. If the circumstances do not amount to an emergency, Domains By Proxy will not immediately produce the customer information sought by the subpoena and will provide the customer an opportunity to move to quash the subpoena in court. Domains By Proxy reserves the right to charge an administration fee to the customer by charging the Payment Method the customer has on file with Domains By Proxy.

**Fees for Subpoena Compliance**

Domains By Proxy will charge the person or entity submitting the civil subpoena for costs associated with subpoena compliance. Payment must be made within thirty (30) days from the date of receipt of the Domains By Proxy invoice. Checks should be made out to Domains By Proxy

Domains By Proxy's subpoena compliance costs are as follows:

- Research - $75.00/hour
- Federal Express - Cost as Billed
- Copies - $0.25/page

**Treatment of Confidential Information**

Documents and information produced by Domains By Proxy in response to a subpoena may contain confidential, proprietary, trade secret, and/or private information that warrants special protection from public disclosure. Any such documents will be designated "CONFIDENTIAL" by a stamp affixed to the documents at issue, and must be given confidential treatment by all persons and entities that access them. Confidential treatment includes the following:

**First, access to CONFIDENTIAL documents must be limited to the parties in the underlying action pursuant to which the subpoena was served, their agents, and the court and its personnel.** Documents designated as CONFIDENTIAL may be used during the deposition of a witness in the underlying action to whom disclosure is reasonably necessary, provided that any deposition testimony related to CONFIDENTIAL documents or portions thereof is designated "CONFIDENTIAL" and afforded treatment in the manner required by this provision.

**Second, CONFIDENTIAL documents must not be filed in the public record absent a reasonable attempt to ensure the filing of such documents, and any references thereto, under seal.** A party that seeks to file any motion, brief, or other document that attaches or refers to any CONFIDENTIAL document or portion thereof must take the steps necessary to request a court order sealing the CONFIDENTIAL information at issue. If the court denies a motion to seal made pursuant to this Subpoena Policy, the party may file the document(s) at issue normally, unless otherwise instructed by the court.

**Third, CONFIDENTIAL documents produced in response to a subpoena may not be used for any purpose other than prosecuting or defending the action in which the subpoena is served, and must be destroyed within sixty (60) days after the final disposition of the underlying action.** The person or entity that submits the subpoena is responsible for ensuring that each person or entity to whom any CONFIDENTIAL documents were made available complies with this requirement.

Revised: 3/6/2024

Copyright © 2003-2024 Domains By Proxy.com, LLC All Rights Reserved.