AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **2:26-cv-00720-JAD-BNW**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Valton Eason**
was received by me on **8/31/2026:**

[X] I personally served the **SUMMONSES; RENEWED SECOND AMENDED COMPLAINTS WITH JURY DEMANDS; EXHIBITS 1 AND 2** on the individual at **3372 Ozark St, Houston, TX 77021-1135** on **08/31/2026 at 4:41 PM**; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ] I returned the summons unexecuted because ; or

[ ] Other *(specify)*

My fees are $ 0 for travel and **$ 126.50** for services, for a total of **$ 126.50**.

I declare under penalty of perjury that this information is true.

Date: 09/03/2026

Jose Delgado

*Server's signature*

**Jose Delgado**

*Printed name and title*

**3519 Woodvalley Dr**
**Houston, TX 77025**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered seven separate service sets to Valton Eason (officer for service on these seven entities) at 3372 Ozark Street, Houston, Texas 77021-1135. Each service set contained a cover letter, a summons directed to one named entity, the Renewed Second Amended Complaint, and Exhibits 1 and 2. The seven service sets were directed to Empire Legal Group LLC; Courses Works LLC; War Room Inc.; University.com TRW Inc.; Caputra Brands Group Inc.; New Era Comics Inc.; and Matador Learning Inc. Identity was confirmed when the individual affirmatively responded "yes" when asked if he was Valton Eason. The individual accepted service by direct delivery. The individual appeared to be a gray-haired Black male, approximately 55–65 years of age, 5'8"–5'10" tall, weighing approximately 180–200 lbs., with a beard.**

Tracking #: **0240215611**