Ryan McConnell, Esq.
Nevada Bar No. 15598
1100 Solitude Trl. #3006
Reno, NV 89523
Telephone: (208) 870-5615
Email: ryan.mcnl@gmail.com

Thomas Maniotis, Esq.
Florida Bar No. 122414
Equity Legal, PLLC
5201 Blue Lagoon Drive, Floor 8
Miami, FL 33126
Telephone: (305) 407-1005
Email: tamaniotis@equitylegal.net
Admitted Pro Hac Vice
*Attorneys for Defendant Caputra Brands Group Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ANTHONY MITCHELL,

Plaintiff,

v.

EMORY ANDREW TATE III, et al.,

Defendants.

Case No.: 2:26-cv-00720-JAD-BNW

**NOTICE OF APPEARANCE OF RYAN MCCONNELL AS NEVADA LOCAL COUNSEL FOR DEFENDANT CAPUTRA BRANDS GROUP INC.**

PLEASE TAKE NOTICE that Ryan McConnell, Esq., Nevada Bar No. 15598, enters his appearance as Nevada local counsel of record for Defendant Caputra Brands Group Inc., in association with Thomas Maniotis, Esq., Florida Bar No. 122414, who is admitted pro hac vice in this action.

Please add Mr. McConnell as counsel of record for Caputra Brands Group Inc. and direct all further notices, pleadings, orders, and other papers to him through the Court's CM/ECF system and at ryan.mcnl@gmail.com. His mailing address and telephone number appear above.

Caputra expressly reserves its objections to personal jurisdiction, process, and service, to the extent those objections remain available under the applicable rules.

Dated: November 2, 2026

Respectfully submitted,

/s/ Ryan McConnell
Ryan McConnell, Esq. (Nevada Bar No. 15598)
Nevada Counsel for Defendant Caputra Brands Group Inc.

/s/ Thomas Maniotis
Thomas Maniotis, Esq. (Admitted Pro Hac Vice)
EQUITY LEGAL, PLLC
Counsel for Defendant Caputra Brands Group Inc.

**CERTIFICATE OF SERVICE**

I certify that, upon electronic filing, the foregoing Notice of Appearance will be served through the Court's CM/ECF system on all parties and counsel registered to receive electronic notice in this action, including Plaintiff Anthony Mitchell, who has consented to electronic service. *See* ECF Nos. 7, 9.

/s/ Ryan McConnell
Ryan McConnell, Esq.